IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00957-BNB

BILLY JACK WIGLESWORTH,

    Plaintiff,

v.

CHRISTOPHER PAGEL,
THE GEO GROUP, INC.,
JOE D. DRIVER, and
A. GARCIA,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the "Motion to Withdraw" filed on May 8, 2013 (ECF No. 8), by Max. D. Garner and Aaron D. Sperbeck.  The motion is GRANTED.  Messrs. Garner and Sperbeck are relieved of any further representation of Defendants Christopher Pagel and The GEO Group, Inc., in the above-captioned matter.  The clerk's office is instructed to terminate Messrs. Garner and Sperbeck from the electronic certificate of mailing.  Ann B. Smith entered her appearance (ECF No. 7) as counsel for Defendants Christopher Pagel and The GEO Group, Inc., on April 29, 2013.

Dated:  May 8, 2013