IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00957–KMT

BILLY JACK WIGLESWORTH,

      Plaintiff,

v.

CHRISTOPHER PAGEL, and
THE GEO GROUP, INC.,

      Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. No. 61) of Magistrate Judge Kathleen M. Tafoya entered on December 5, 2014 it is

**ORDERED** Defendants Christopher Pagel and The Geo Group, Inc.'s "Motion to Dimiss" (Doc. No. 49) is **GRANTED**. It is further

**ORDERED** Plaintiff's "Motion for Leave to File Amended Complaint" (Doc. No. 55) is **DENIED.** It is further

**ORDERED** that within thirty days from the date of this Order Plaintiff may file an amended complaint to assert only a claim or claims for negligence *per se* premised on the alleged violation of a Colorado statute. It is further

**ORDERED** that if Plaintiff fails to file an amended complaint that complies with this Order, the Federal Rules of Civil Procedure, and this Court's Local Rules of Practice, within the time allowed, the court will dismiss this action and enter judgment in favor of the defendants.

Pursuant to the Minute Order (Doc. No. 64) of Magistrate Judge Kathleen M. Tafoya entered on December 16, 2014 it is

**ORDERED** that based on Plaintiff's (Doc. No. 63) Notice Waiving Colorado Negligence Claims, the Clerk is directed to enter judgment in favor of the defendants and against the plaintiff in accordance with this Court's (Doc. No. 61) Order on Motion to Dismiss.

Dated at Denver, Colorado this 17th day of December, 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ S. Grimm
Deputy Clerk