IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00957–KMT

BILLY JACK WIGLESWORTH,

    Plaintiff,

v.

CHRISTOPHER PAGEL, and
THE GEO GROUP, INC.,

    Defendants.

---

**AMENDED ORDER RESETTING PRELIMINARY SCHEDULING CONFERENCE**

---

The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by District Judge Marcia S. Krieger, pursuant to the Order of Reference dated April 3, 2014. *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **November 17, 2015,** at **10:30 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LCivR 16.2. and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

The court will contact Plaintiff at **907-864-8100** at the scheduled time.

Dated this 5th day of October, 2015.

                            BY THE COURT:

                            _____
                            Kathleen M. Tafoya
                            United States Magistrate Judge