IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00957-KMT-MEH

BILLY JACK WIGLESWORTH,

    Plaintiff,

v.

CHRISTOPHER PAGEL, and
THE GEO GROUP INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 1, 2015**.

    Before the Court are two motions in the above-captioned case. First, Defendants' Motion to Vacate and Reset the December 14, 2015, Settlement Conference and Motion for Telephone Appearance [filed November 30, 2015; docket #115] is **granted** as follows.

    For good cause shown, the Court **vacates** the Settlement Conference currently set for December 14, 2015, and **orders** counsel for Defendants to telephone my Chambers **on or before December 4, 2015**, at 303.844.4507 to reschedule the Settlement Conference in this case. The Court also **grants** the request for Defendant GEO Group's claims representative to appear telephonically; however, the Court reminds Defendant GEO Group that this representative is required to have full authority to negotiate all terms and demands presented by the case, and full authority to enter into a settlement agreement [*see* Minute Order, docket #112].

    Also before the Court is Plaintiff's Notice [filed November 27, 2015; docket #114], which the Court construes as a Motion and **grants**. As Magistrate Judge Kathleen M. Tafoya has previously allowed in this case [*see* dockets #104, 107], this Court will initiate a telephone call to Plaintiff for the Settlement Conference as his Notice indicates challenges for him to initiate the call. The Court will telephone Plaintiff at 907.864.8100; if this is an incorrect telephone number, Plaintiff is **ordered** to update the information with the Court five days before the Settlement Conference. The Court will issue an additional minute order with the new date for the Settlement Conference as soon as that date has been determined.

    In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk **shall mail a copy** of this Minute Order to the following:

CASE MANAGER FOR
Billy Jack Wiglesworth
#312870
Alaska - Goose Creek Correctional Center
P.O. Box 877790
Wasilla, AK 99687-7790