IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00957–KMT

BILLY JACK WIGLESWORTH,

    Plaintiff,

v.

CHRISTOPHER PAGEL, and
THE GEO GROUP, INC.,

    Defendants.

_____

**ORDER**
_____

    This matter is before court on the parties' "Stipulated Motion to Dismiss, with Prejudice" (Doc. No. 132, filed March 14, 2016).

    The court, being advised in the premises,

    **ORDERS** that the motion is **GRANTED**. This case is dismissed with prejudice, each party to pay its own costs and fees.

    Dated this 14th day of March, 2016.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge